IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY LEE FISHER,

       Plaintiff,                    No. CIV S-10-2311 KJM DAD P

   vs.

BRYANT, et al.,

       Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a former inmate at the Butte County Jail, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On August 27, 2010, plaintiff filed a notice of change of address, explaining that the address being provided was a temporary address pending his transfer. On April 28, 2011, plaintiff submitted documents for service of process on defendant Bryant; however, the USM-285 form reflects a different address than the address of record. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. See Local Rule 182(f). Therefore, the court will order plaintiff to submit a notice of change of address, provide his patient or inmate identification number, and inform the court regarding his current status at the facility.

        Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the service of this order, plaintiff shall file a notice of change of address, provide his patient or

1

inmate identification number, and inform the court of his current status at the facility. The court will not forward the summons and USM-285 form to the U.S. Marshal for service on defendant Bryant unless and until plaintiff complies with this order.

DATED: May 11, 2011.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
fish2311.address