IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY L. FISHER,

      Plaintiff,                     No. CIV S-10-2311 KJM DAD P

   vs.

BRYANT, et al.,

      Defendant.                 ORDER

_____/

      Plaintiff is a civil detainee proceeding pro se with a civil rights action brought pursuant to 42 U.S.C. § 1983, along with a state negligence claim in which he seeks to invoke this court's supplemental jurisdiction. On April 7, 2011, the court granted plaintiff leave to proceed in forma pauperis. However, on July 25, 2011, the court received a filing fee from plaintiff. Now before the court is plaintiff's motion requesting reimbursement of the filing fee which was submitted to the court in error after his request to proceed in forma pauperis was granted. Plaintiff's motion will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's August 15, 2011 motion for reimbursement of the filing fee (Doc. No. 22) is granted;

/////

1

2. The Financial Department of the U.S. District Court for the Eastern District of California is directed to reimburse plaintiff in the amount of $350.00.

DATED: September 28, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
fish2311.reimb