IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY L. FISHER,

      Plaintiff,                    No. CIV S-10-2311 KJM DAD P

  vs.

BRYANT, et al.,

      Defendants.         <u>ORDER</u>

           On February 24, 2012, defendant Jason Bryant filed a motion for summary judgment or in the alternative, summary adjudication. Plaintiff has not opposed that motion.

           Local Rule 230(l) provides in part: "Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

           Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment/ motion for summary adjudication and shall show cause in writing why sanctions should not be imposed for the failure to file a timely opposition. In the alternative, if petitioner no longer

/////

/////

1

1  wishes to proceed with this matter, he shall file a request to dismiss this action without prejudice
2  pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.
3  DATED: April 2, 2012.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
6  DAD:4                                  UNITED STATES MAGISTRATE JUDGE
   fish2311.osc